## MILLER *v.* MILLER

No. 2934 (See 54 Nev. 52)

ON PETITION FOR REHEARING

August 29, 1932.

*Per Curiam:*

Rehearing denied.

It is further ordered that the order heretofore entered

reversing the judgment and decree be modified so as to order a retrial of the second cause of action.

COLEMAN, C. J.: I dissent from that portion of the order denying the petition for a rehearing.